PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTHONY LAZZARINO, and <br> PETER WONG, <br> Defendants. | CASE NO. 2:16-CR-000237 JAM <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: June 27, 2017 <br> TIME: 9:15 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on June 27, 2017.

2. By this stipulation, defendants now move to continue the status conference until August 29, 2017 at 9:15 a.m, and to exclude time between June 27, 2017, and August 29, 2017 at 9:15 a.m, under Local Code T4.

3. The parties agree to set trial dates at the proposed August 29, 2017 status conference.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents, voluminous medical, business, and financial records, email communications, recordings, and other evidence gathered in the course of a multi-year fraud investigation. In total, the discovery to date numbers in the thousands of pages and multiple gigabytes of email communications and recordings. All of this discovery has

been either produced directly to counsel and/or made available for inspection and copying.

        b)        Counsel for defendants desire additional time consult with their clients, review the voluminous discovery materials, conduct additional factual and legal research, interview potential witnesses, and otherwise prepare for a potential trial.

        c)        Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 27, 2017 to August 29, 2017 at 9:15 a.m, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 22, 2017                              PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ MATTHEW M. YELOVICH
                                                  MATTHEW M. YELOVICH
                                                  Assistant United States Attorney

Dated: June 22, 2017

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
KRISTY M. KELLOGG
Counsel for Defendant
PETER WONG

Dated: June 22, 2017

/s/ MALCOLM S. SEGAL
MALCOLM S. SEGAL
Counsel for Defendant
ANTHONY LAZZARINO

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of June, 2017

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE