MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAZZARINO, and<br>PETER WONG,<br><br>Defendants. | CASE NO. 2:16-CR-000237 JAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: April 24, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for scheduling of pretrial motions by status conference on April 24, 2018.

2. By this stipulation, the parties now jointly move to continue that status conference to June 12, 2018 at 9:15 a.m., at which time the parties anticipate setting a pretrial motions briefing schedule.

3. Time under the Speedy Trial Act has previously been excluded in this matter through the first day of trial, set for September 24, 2018, under Local Code T4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 19, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: April 19, 2018 | /s/ THOMAS A. JOHNSON<br>THOMAS A. JOHNSON<br>Counsel for Defendant<br>PETER WONG |
| Dated: April 19, 2018 | /s/ MALCOLM S. SEGAL<br>MALCOLM S. SEGAL<br>Counsel for Defendant<br>ANTHONY LAZZARINO |

**ORDER**

IT IS SO ORDERED this 19th day of April, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE