**LAW OFFICE OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (SBN: 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916)444-5558

Attorney for Defendant
**ANTHONY LAZZARINO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY LAZZARINO AND PETER WONG,<br><br>　　　　　　Defendants. | CASE NO. 2:16-CR-00237-JAM<br><br>**STIPULATION CONTINUING STATUS CONFERENCE; ORDER**<br><br>DATE: October 16, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

　　1.　The parties have a trial date currently set for April 15, 2019, with time already excluded under the Speedy Trial Act through that date for defense preparation.

　　2.　By previous order, this matter was set for status conference on October 16, 2018.

　　3.　By this stipulation, the parties now jointly move to continue that status conference to January 8, 2019 at 9:15 a.m.

///

///

///

STIPULATION CONTINUING STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated: October 11, 2018      MCGREGOR W. SCOTT
　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　/s/ Matthew M. Yelovich
　　　　　　　　　　　　　　MATTHEW M. YELOVICH
　　　　　　　　　　　　　　Assistant United States Attorney


Dated: October 11, 2018      /s/ Johnny L. Griffin, III
　　　　　　　　　　　　　　JOHNNY L. GRIFFIN, III
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　Anthony Lazzarino


Dated: October 11, 2018      /s/ Thomas A. Johnson
　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　Peter Wong


**ORDER**

IT IS SO ORDERED this 11th day of October, 2018


　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE