MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LAZZARINO, and<br>PETER WONG,<br><br>Defendants. | CASE NO. 2:16-CR-000237 JAM<br><br>STIPULATION CONTINUING TRIAL CONFIRMATION HEARING; ORDER<br><br>DATE: February 26, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation hearing on February 26, 2019.

2. By this stipulation, the parties now jointly move to continue that trial confirmation hearing to March 5, 2019 at 9:15 a.m..

3. Time under the Speedy Trial Act has previously been excluded in this matter through the first day of trial, set for April 15, 2019, under Local Code T4.

IT IS SO STIPULATED.

1

Dated: February 6, 2019           MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ MATTHEW M. YELOVICH
                                  MATTHEW M. YELOVICH
                                  Assistant United States Attorney

Dated: February 6, 2019           /s/ THOMAS A. JOHNSON
                                  THOMAS A. JOHNSON
                                  Counsel for Defendant
                                  PETER WONG

Dated: February 6, 2019           /s/ JOHNNY L. GRIFFIN III
                                  JOHNNY L. GRIFFIN III
                                  Counsel for Defendant
                                  ANTHONY LAZZARINO

**ORDER**

IT IS SO ORDERED this 7th day of February, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE