MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00237 JAM |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND RESETTING PRESENTENCE INVESTIGATION REPORT SCHEDULE; ORDER |
| v. | |
| ANTHONY LAZZARINO, and PETER WONG, | DATE: August 27, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 27, 2019.

2. By this stipulation, the parties now move to continue sentencing until December 17, 2019, and to reset the schedule for the pre-sentence report and objections thereto, as follows:

   a) Judgment and Sentencing Date: December 17, 2019

   b) Reply or Statement of No Opposition: December 10, 2019

   c) Motion for Correction of the Pre-Sentence Report: December 3, 2019

   d) Final Presentence Report Filed with the Court and Parties: November 26, 2019

   e) Counsel's Written Objections to the Pre-Sentence Report Delivered to Probation Officer and Opposing Counsel: November 19, 2019

    f) Proposed Presentence Report Disclosed to Counsel No Later Than: November 5, 2019.

3. The parties believe that such a continuance will allow the Probation Officer and counsel to prepare more thoroughly for sentencing, taking into account due diligence.

IT IS SO STIPULATED.

Dated: July 10, 2019          MCGREGOR W. SCOTT
                    United States Attorney

                    /s/ MATTHEW M. YELOVICH
                    MATTHEW M. YELOVICH
                    Assistant United States Attorneys

Dated: July 10, 2019         /s/ JOHNNY L. GRIFFIN, III
                    JOHNNY L. GRIFFIN, III
                    Counsel for Defendant
                    ANTHONY LAZZARINO

Dated: July 10, 2019         /s/ THOMAS A. JOHNSON
                    THOMAS A. JOHNSON
                    Counsel for Defendant
                    PETER WONG

**ORDER**

IT IS SO ORDERED this 10th day of July, 2019.

                    /s/ John A. Mendez
                    THE HONORABLE JOHN A. MENDEZ
                    United States District Court Judge