UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-00237-JAM-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR VOLUNTARY SURRENDER** |
| PETER WONG, | |
| Defendant. | |

Peter Wong, having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California before 2:00 p.m. on February 11, 2020. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All conditions of pretrial release shall remain in effect until the defendant surrenders in accordance with this order.

The Court reserves jurisdiction over this matter, and will only change the date or time of voluntary surrender upon motion

1

of either the defendant or the government with good cause appearing.

The Clerk is directed to serve the U.S. Marshals Service a copy of the order.

IT IS SO ORDERED.

Dated: December 17, 2019

/s/ John A. Mendez
John A. Mendez,
United States District Judge