THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>PETER WONG,<br>            Defendant. | Case No. 2:16-cr-00237-JAM<br><br>REQUEST TO SEAL EXHIBIT AND ORDER<br><br>Date: TBD<br>Time: TBD<br>Judge: John A. Mendez |

## REQUEST TO SEAL DOCUMENTS

Peter Wong, by and through his attorneys makes this request to seal <u>Exhibit B</u> and <u>Exhibit C</u> of the Emergency Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(1). This Request to Seal a Document, the document to be sealed and the proposed order to seal the document has been sent to the Court via Court's proposed Orders e-mail address and been sent to all counsel in the case by their respective e-mail addresses. The Court's authority to seal the documents is found in the Court's inherent powers to run the Court's own calendar and docket.

The moving party requests the document be sealed under such notice of motion and motion is filed with this Court, upon proper notice to the parties, and until this Court issues an order unsealing such documents.

The Ninth Circuit has held that the First Amendment provides a qualified right of the public and the press to access the judicial record.  This right is overcome by a showing by the United States and/or the defendant that "(1) [sealing] serves a compelling interest; (2) there is a substantial probability that, in the absence of [sealing], this

1

compelling interest would be harmed; and (3) there are no alternatives to [sealing] that would adequately protect the compelling interest." Oregonian Publ'g Co. v. United States District Court, 920 F.2d 1462, 1466 (9th Cir. 1990).

Exhibit B and Exhibit C contain private medical records of Peter Wong and should be sealed to protect Mr. Wong's privacy interests.

DATED: July 16, 2020						Respectfully submitted,

								/s/ Thomas A. Johnson
								THOMAS A. JOHNSON
								Attorney for Alex Goldman

## **ORDER**

Upon reading and considering the request to seal the document, and good cause being shown, the Court hereby grants the request to seal the documents.

**IT IS SO ORDERED.**

DATED:   July 17, 2020

								/s/ John A. Mendez
								United States District Court Judge

2