1  McGREGOR W. SCOTT
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00237-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(1) |
| v. | |
| PETER WONG, | |
| Defendant. | |

**STIPULATION**

1.  Defendant Peter Wong filed a motion for modification of sentence on July 16, 2020. Docket No. 209. Pursuant to local rule, the government's response is due by July 23, 2020.

2. Counsel for the United States desires additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The United States' opposition or response to defendant's motion, Docket No. 209, be due on July 29, 2020; and

    b) The defense reply, if any, will be due on July 31, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: July 17, 2020

*/s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

Dated: July 17, 2020      /s/ *Kristy Horton*
KRISTY HORTON
Counsel for Defendant Peter Wong

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 209, is due on July 29, 2020;

    b)    The defense reply, if any, will be due on July 31, 2020.

IT IS SO ORDERED.

DATED: July 17, 2020                      /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE