THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>PETER WONG,<br>　　　　Defendant. | Case No. 2:16-cr-00237-JAM<br><br>ORDER TO SEAL EXHIBIT<br><br>Date: TBD<br>Time: TBD<br>Judge: John A. Mendez |

**<u>ORDER</u>**

Upon reading and considering the request to seal the document, <u>Exhibit A</u>, and good cause being shown, the Court hereby grants the request to seal the document.

IT IS SO ORDERED.


DATED: October 28, 2021　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1