Thomas A. Johnson, #119203
Kristy M. Horton, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:16-cr-00237-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER** |
| v. | |
| PETER WONG, | |
| Defendant. | |

## STIPULATION AND ORDER

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 28, 2021. Docket No. 231. The defendant's reply is due on November 23, 2021. Docket No. 234.

2. Counsel for the defendant requests additional time to obtain relevant records and draft the reply to the government's opposition. The government does not oppose the defendant's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

1

a) The defendant's reply to the government's opposition to be filed on or before **December 3, 2021**.

**IT IS SO STIPULATED.**

DATED: November 22, 2021     LAW OFFICE OF THOMAS A. JOHNSON

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Peter Wong

DATED: November 22, 2021     PHILLIP A. TALBERT
Acting United States Attorney

/s/ Lee Bickley
LEE BICKLEY
Assistant U.S. Attorney

### ORDER

It is so ordered.

Dated: November 22, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2