THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PETER WONG,<br>　　　　　Defendant. | Case No. 2:16-cr-00237-JAM<br><br>ORDER TO SEAL EXHIBITS<br><br>Date: TBD<br>Time: TBD<br>Judge: John A. Mendez |

**ORDER**

Upon reading and considering the request to seal the documents, Exhibit A and Exhibit C, and good cause being shown, the Court hereby grants the request to seal the document.

IT IS SO ORDERED.

DATED:  December 3, 2021          /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE

1