THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>    vs.<br><br>PETER WONG,<br>          Defendant. | Case No. 2:16-cr-00237-JAM<br><br>ORDER TO SEAL EXHIBIT |

**<u>ORDER</u>**

Upon reading and considering the request to seal the document, <u>Exhibit E</u>, and good cause being shown, the Court hereby grants the request to seal the document.

IT IS SO ORDERED.

DATED: January 20, 2022        /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
JUDGE

1